

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR CONSPIRACY TO UNLAWFULLY
USE INTERSTATE FACILITIES IN AID OF RACKETEERING

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 14-33- SDD-RLB |
| | : |
| *versus* | : 18 U.S.C. § 371 |
| | : 18 U.S.C. § 2 |
| PAYTON A. SHELTON | : |
| | : **UNDER SEAL** |

THE UNITED STATES ATTORNEY CHARGES:

At All Times Relevant to this Bill of Information:

1. **PAYTON A. SHELTON**, defendant herein, was a resident of Brownsfield, Louisiana.

2. J.T. was a pimp residing in Zachery, Louisiana. **SHELTON**, R.M., and a minor female worked as prostitutes for J.T.

Conspiracy

3. From at least in or about January 2013, until in or about September 2013, within the Middle District of Louisiana, defendant **PAYTON A. SHELTON** did conspire and agree with J.T., R.M., and others, both known and unknown, to commit offenses against the United States, namely, to use facilities in interstate commerce, that is telephones and the internet, with the intent to promote an unlawful activity, that is prostitution, in violation of Title 14, Louisiana Revised Statutes, Section 82, and thereafter perform acts to promote said

R. Jones
USPO
Rome

unlawful activity, in violation of Title 18, United States Code, Section 1952, and did aid and abet the commission of said conspiracy.

### Manner and Means

4. **SHELTON**, J.T., R.M., and others, both known and unknown, used the following manner and means to execute the conspiracy:

   a. **SHELTON**, J.T., R.M., and the minor female utilized the internet for the purpose of promoting prostitution by posting advertisements for commercial sex acts on the website "backpage.com."

   b. **SHELTON**, R.M., and the minor female used their telephones to meet with individuals at hotels to engage in prostitution. J.T. assisted **SHELTON**, R.M., and the minor female in arranging such meetings.

   c. J.T. would drive **SHELTON**, R.M., and the minor female to hotels located in Baton Rouge, Louisiana, for the purpose of **SHELTON**, R.M., and the minor female engaging in prostitution.

   d. **SHELTON**, J.T., R.M., and the minor female used their telephones to communicate with each other concerning prostitution sessions with "clients," including when the client has arrived, how long the session would last, and the amount paid by the client.

### Overt Acts

5. **SHELTON**, J.T., R.M., and others, both known and unknown, committed the following overt acts in furtherance of the conspiracy, and to accomplish the objects thereof, in the Middle District of Louisiana:

a. **SHELTON** utilized the internet on January 25, 2013, to post an advertisement, Post Id. #7042386, for commercial sex acts on the website "backpage.com," to promote prostitution.

b. **SHELTON** used the telephone on or about January 25, 2013, to communicate with J.T. that **SHELTON** had a date with an individual to engage in prostitution.

c. **SHELTON** used the telephone on or about August 20, 2013, to communicate with J.T. that **SHELTON** had a date with an individual to engage in prostitution.

d. **SHELTON** used the telephone on or about August 20, 2013, to communicate with J.T. a payment amount received from prostitution.

e. **SHELTON** used the telephone on or about August 28, 2013, to arrange to meet with individuals to engage in prostitution.

f. R.M. used the telephone on or about August 28, 2013, to arrange to meet with individuals to engage in prostitution.

g. **SHELTON** utilized the internet on August 31, 2013, to post an advertisement, Post Id. # 7042386, for commercial sex acts on the website "backpage.com," to promote prostitution.

h. J.T. used the telephone on August 31, 2013, to determine whether **SHELTON** should be available to engage in prostitution if **SHELTON** received calls requesting dates.

i. **SHELTON** used the telephone on September 2, 2013, to communicate with

3

the minor female that **SHELTON** and R.M. were making money engaging in prostitution for J.T.

The above is a violation of Title 18, United States Code, Sections 371 and 2.

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

3/25/14
DATE

_____
REGINALD E. JONES
ASSISTANT U.S. ATTORNEY

# CRIMINAL COVER SHEET                                                U.S. District Court

**Place of Offense:**                             Matter to be sealed:   ☐ No   ☒ Yes

City        **Baton Rouge**                Related Case Information:

County/Parish   **East Baton Rouge**        Superseding Indictment _____   Docket Number _____
                                            Same Defendant _____   New Defendant _____
  *Investigating Agency **FBI**             Magistrate Case Number _____
  *Agent **Taneka Harris**                  Search Warrant Case No. _____
                                            R 20/ R 40 from District of _____
                                            **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    **Payton A. Shelton**
Alias             **Payton Alexandra Shelton**
Address
Birthdate             SS #              Sex              Race              Nationality

**U.S. Attorney Information:**

AUSA        **Reginald E. Jones**        Bar #   **MSBN #102806**

Interpreter:   ☒ No   ☐ Yes        List language and/or dialect: _____

**Location Status:**

Arrest Date   _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:   ___1___

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:371 | Conspiracy to unlawfully use interstate facilities in aid of racketeering | 1 | F |
| | | | |
| | | | |
| | | | |

(May be continued on second sheet)

Date: **3/26/13**        Signature of AUSA: *Reginald E. Jones*

**District Court Case Number (To be filled in by deputy clerk):** _____